El Juez Asociado Sr. Sulzbacher no formó tribunal en la vista en este caso.

___

## EX PARTE MARTÍNEZ.

APELACIÓN procedente de la Corte de Distrito de San Juan,

No. 69.—Resuelto en abril 4, 1904.

DOMINIO—ESCRITO INICIAL PROMOVIENDO LA INFORMACIÓN.—Aunque en el escrito inicial de una información de dominio debe expresarse si el promovente carece o nó de título de dominio escrito, esto no obstante, admitido el escrito sin ese requisito, y sin objeción alguna del tribunal o del Fiscal, no procede, después de corridos todos los trámites legales, denegar la aprobación de la información por la falta de dicho requisito, cuya subsanación ha debido decretar el tribunal oportunamente. (*)

ID.—POSESIÓN PARA ADQUIRIR EL DOMINIO—BUENA FE—JUSTO TÍTULO.—Para adquirir el dominio de los inmuebles por la prescripción ordinaria es necesario seis años de posesión con buena fe y justo título, siendo preciso indicar la clase de título con que se posea a fin de que el tribunal pueda apreciar si es o nó justo.

### EXPOSICIÓN DEL CASO.

En los autos promovidos en el Tribunal de Distrito de San Juan por el Abogado Don Luis Freyre Barbosa a nombre de Don Francisco Martínez Salas, sobre información de dominio de una finca rústica, pendientes ante nos a virtud del recurso de apelación interpuesto por el promovente contra la sentencia dictada por el referido tribunal de distrito, en quince de julio último, por la que se declaró no haber lugar a la declaratoria de dominio solicitada.

*Resultando:* que el Abogado Don Luis Freyre Barbosa, en representación de Don Francisco Martínez Salas, promovió ante el Tribunal de Distrito de San Juan expediente para justificar el dominio de un predio de terreno de seis cuerdas de extensión, sito en el barrio de la Candelaria del término

municipal de Toa Baja, con un valor de setenta y dos dollars, y que adquirió por compra a Telésforo y Marcela Ortiz, expresando carecer de título de dominio inscrito.

*Resultando:* que conferida vista de la anterior solicitud al Ministerio Fiscal, lo evacuó manifestando que no veía inconveniente en que se practicara la prueba propuesta, y que admitida la información y publicados los edictos convocando a las personas ignoradas a quienes pudiera perjudicar la inscripción solicitada, y corridos todos los trámites del expediente, declararon los testigos Don Manuel Pacheco y Don Juan José Cesáreo, mayores de edad y vecinos de la localidad, que era cierto y que les constaba que el terreno de que se trata era propiedad de Don Francisco Martínez Salas por haberlo adquirido hacía unos cinco años de Telésforo y Marcela Ortiz, y que del mismo modo era cierto que desde la fecha de la adquisición había venido en posesión de dicho terreno (\*) disfrutándolo quieta y pacíficamente, agregando los testigos que los anteriores poseedores del inmueble de que se trata lo poseyeron por más de veinte años sin oposición de tercera persona.

*Resultando:* que convocados el promovente y el Fiscal, únicas partes interesadas en este expediente, para una comparencencia verbal a fin de que alegaran lo que creyeran pertinente a su derecho, y no habiendo comparecido ninguno de los citados, dictó sentencia el Tribunal de Distrito de San Juan en 15 de julio último, resolviendo no haber lugar a declarar el dominio interesado, alegando como único fundamento de dicha resolución, que sólo pueden ampararse en las prescripciones del título 14 de la Ley Hipotecaria los propietarios que carezcan de título de dominio escrito, circunstancia que por lo menos hay que hacer constar en el escrito inicial del procedimiento, no bastando alegar la carencia de título inscrito.

*Resultando:* que contra esta sentencia interpuso apelación la representación del promovente Don Francisco Martínez Salas, la que le fué admitida libremente y en ambos efectos, y que elevados los autos a esta superioridad con citación y

emplazamiento de las partes, y personada la apelante, se dió al recurso la tramitación correspondiente y se señaló día para la vista, a cuyo acto sólo asistió el Fiscal de este Tribunal Supremo que impugnó el recurso.

Abogado del apelante: *Sr. Freyre Barbosa.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Considerando:* que si bien en el escrito inicial de estas informaciones de dominio debe expresarse si el promovente carece o nó de título de dominio escrito y que no basta expresar que se carece de título inscrito, habiendo admitido el tribunal la información propuesta por Don Francisco Martínez Salas sin aquel requisito, no procede hoy, después de corridos todos los trámites del informativo, desestimarlo de oficio por (\*) un defecto de forma que el tribunal pudo y debió corregir al iniciarse el expediente, rechazando de plano la información propuesta.

*Considerando:* que esto, no obstante, en el presente caso no procede hacerse la declaratoria de dominio que se interesa por Don Francisco Martínez, toda vez que los testigos sólo acreditan estar el promovente en posesión del terreno hacía unos cinco años, que no es tiempo suficiente para adquirir, por prescripción, el dominio de los bienes inmuebles, con arreglo a la Orden Judicial de 4 de abril de 1899, que invoca el peticionario como fundamento de su solicitud, y que exige seis años de posesión continua con buena fe y justo título, máxime cuando tampoco se justifica que lo hubieran adquirido los anteriores dueños del terreno, puesto que los testigos sólo dicen que lo poseyeron por más de veinte años, quieta y pacíficamente, pero sin determinar si poseían o nó con justo título, y cuál fuera éste, para que el tribunal pudiera juzgar si era o nó justo, a los efectos de la adquisición del dominio.

*Vista* la Orden Judicial citada y las demás disposiciones aplicables al presente caso.

172

*Fallamos:* que debemos confirmar y confirmamos la sentencia apelada, con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras y Mac-Leary.

El Juez Asociado Sr. Sulzbacher no formó tribunal en la vista de este caso.